United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Clifton Lewis Robinson, Sr.  
      Debtor

Case No. 14-12219-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 27, 2016  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.  
13354686        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:

         ANDREW F GORNALL     on behalf of Creditor    The Bank of New York Mellon, Et Al...  
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         JOSEPH ANGEO DESSOYE     on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com  
         JOSEPH PATRICK SCHALK     on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com  
         PAUL WILLIAM CRESSMAN     on behalf of Creditor     Wells Fargo Bank, N.A. paeb@fedphe.com  
         RICHARD N. LIPOW     on behalf of Debtor Clifton Lewis Robinson, Sr. richard@lipowlaw.com, ecflipow@gmail.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                             TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-12219-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Clifton Lewis Robinson, Sr.
27 Lafayette Avenue
Coatesville PA 19320

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/22/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/29/16

Tim McGrath
**CLERK OF THE COURT**