Certificate Number: 14912-PAE-DE-031216805

Bankruptcy Case Number: 14-12219



14912-PAE-DE-031216805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2018, at 8:39 o'clock PM EDT, Clifton Robinson Sr completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 21, 2018

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor