United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12219-amc
Clifton Lewis Robinson, Sr.                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 2               Date Rcvd: Sep 18, 2018
                               Form ID: 138NEW           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db         +Clifton Lewis Robinson, Sr.,    27 Lafayette Avenue,    Coatesville, PA 19320-3914
cr         +BANK OF NEW YORK AS TRUSTEE FOR CWALT 2005-13CB C/,    P.O. BOX 10826,
             GREENVILLE, SC 29603-0826
cr         +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o ShellPoint Mortgage Servicing,
             PO BOX 10826,    GREENVILLE, SC 29603-0826
cr          Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
             Eagan, MN 55121-7700
13295764   +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13270022  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
13391351    Bank of New York as trustee for CWALT 2005-13CB,    c/o Shellpoint Mortgage Servicing,
             P.O. Box 10826,    Greenville, SC 29603-0826
13270023    Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13270024    Bk Of Amer,    De5-019-03-07,    Newark, DE 19714
13270025   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13290127   +Chester County Tax Claim Bureau,    313 W. Market Street,    Ste. 3602,
             West Chester, PA 19382-2804
13270026   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13354686   +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13270028   +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13270029   +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13270031   +TAX CLAIM BUREAU,    PO BOX 2748,    313 W MARKET STREET STE 3602,    West Chester, PA 19382-2804
13282941   +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13270032   +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13270033   +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13270035  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
             Frederick, MD 21701)
13270034   +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
13345627   +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
             3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13358523    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y 1000 blue Gentian Road,
             Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:05    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13280497    E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13270027   +E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32    Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
13278389   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:16
             Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
             Harrisburg, PA 17128-0946
13324261    E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2018 02:38:56
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13270030   +E-mail/Text: philadelphia.bnc@ssa.gov Sep 19 2018 02:39:41    SOCIAL SECURITY ADMINISTRATION,
             PO BOX 3430,    Philadelphia, PA 19122-0430
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
cr*         Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13474827*   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13795598*   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Stacey                Page 2 of 2                  Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW             Total Noticed: 30
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              ANDREW F GORNALL     on behalf of Creditor    The Bank of New York Mellon, Et Al...
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              RICHARD N. LIPOW    on behalf of Debtor Clifton Lewis Robinson, Sr. richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Clifton Lewis Robinson, Sr.
      Debtor(s)

Bankruptcy No: 14−12219−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18

56 − 55
Form 138_new